UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

VS.  Case No. 06-1259-01

ALEXANDER LAHEY

_____/

## ORDER ON REVOCATION OF PROBATION
## AND
## ORDER OF COMMITMENT

This cause came before the Court on a Petition on Probation and Supervised Release, filed August 31, 2006 (**Doc. #2**), initiated by the U. S. Probation Officer of this court. A final hearing on violation of probation was held by Magistrate Judge David A. Baker on October 25, 2006.

After review of the file and hearing arguments of the parties through their counsel and hearing the defendant, this Court finds that the defendant has violated the conditions of his probation.

It is **ORDERED AND ADJUDGED** that the defendant's probation is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **NINETY (90) DAYS**, with a self reporting date of November 20, 2006. The Probation Office is to maintain supervision (including substance abuse testing) pending the Defendant's reporting. The Court terminates probation supervision following the defendant's period of incarceration.

**DONE AND ORDERED** at Orlando, Florida, this 25th day of October, 2006.

DAVID A. BAKER
United States Magistrate Judge

COPIES MAILED
ON 10-26 20 06
BY _____
Deputy Clerk